|     |                                                                                                                |
|-----|----------------------------------------------------------------------------------------------------------------|
| 1   | Name of Attorney:<br>Bar #:                                                                                    |
| 2   | Address:<br>Phone #:                                                                                           |
| 3   | e-mail address:                                                                                                |

RECEIVED & FILED

SEP 11   9 39 AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: Jimmy HuyNH

Debtor.

Bankruptcy No.: 09-24056-lbr

Chapter: 7

Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
( ) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

Name: Jimmy HuyNH

Address: 3901 E Meadow DR

Duluth

City: DuLuth   State: GA   Zip Code: 30096

Please check one of the following:

[X] The change of address is applicable only in the above captioned case.

[X] The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

DATE: 9/11/09                            SIGNATURE: /s/ Jimmy Huynh

**NOTE:** Please submit an original and one copy for the record.